UNITED STATES DISTRCT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| JENNY PARONS ) | |
| ) | |
| ) | |
| PLAINTIFF ) | |
| v. ) | CASE NO. _____ |
| ) | |
| ) | |
| WALMART STORES EAST, LP ) | |
| ) | |
| ) | |
| DEFENDANT ) | |

## **NOTICE OF REMOVAL**

Defendant Walmart Stores East, LP ("Walmart"), by counsel, for its Notice of Removal of this action from the Pike Circuit Court, Pike County, Kentucky, to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, respectfully states as follows:

1. On June 7, 2018, Plaintiff filed an action against Walmart, which is currently pending in the Pike Circuit Court, Civil Action No. 18-CI-01369. Walmart was served with summons on June 25, 2018 and filed its Answer on July 2, 2018.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 (a) and (c) because there is diversity of citizenship between the parties and the total amount in controversy exceeds the jurisdictional minimum of $75,000, though Walmart denies liability to Plaintiff for damages in any amount.

3. Plaintiff is a citizen of Kentucky.

1

4. In accordance with *Carden v. Arkoma Associates*, 494 U.S. 185 (1990), the citizenship of a limited partnership, for diversity purposes, is based on the citizenship of each of its general and limited partners.

a. Defendant Walmart Stores East, LP is a Delaware limited partnership with its principal place of business in Arkansas. It has one general partner, WSE Management, LLC, and one limited partner, WSE Investment, LLC, both of which are Delaware limited liability companies with their principal places of business in Arkansas.

b. In accordance with *Cosgrove v. Bartolotta*, 150 F.3d 729 (7th Cir. 1998), a limited liability company is a citizen, for diversity purposes, of each state in which its members are citizens.

c. The sole member of WSE Management, LLC is Wal-Mart Stores East, LLC (f/k/a Wal-Mart Stores East, Inc.). The sole member of Wal-Mart Stores East, LLC is Walmart Inc. (f/k/a Walmart Stores, Inc.). Pursuant to 28 U.S.C. § 1332(c)(1), Walmart Inc. is a citizen of Delaware, its state of incorporation, and Arkansas, where it has its principal place of business. WSE Management, LLC is therefore a citizen of Arkansas and Delaware.

d. Like WSE Management, LLC, the sole member of WSE Investment, LLC is also Wal-Mart Stores East, LLC, a citizen of Arkansas and Delaware.

e. Therefore, Wal-Mart Stores East, LP is a citizen of Arkansas and Delaware.

5. The amount in controversy as to Plaintiff's claims against Walmart is legally certain to exceed $75,000, exclusive of interest in costs, as indicated in Plaintiff's January 18, 2019 Supplemental Response to Interrogatory No. 16, confirming the amount in controversy.

6. This case arises from an incident in which Plaintiff allegedly sustained injury on the premises of a Walmart store in Pikeville, Kentucky on or about June 9, 2017 when she claims that a vacuum cleaner fell on her as she was removing it from the display shelf.

7. In the Complaint, Plaintiff seeks unspecified damages for past and future personal injuries.

8. In her January 18, 2019 supplemental response to Walmart's Interrogatory No. 16, Plaintiff first confirmed that she is seeking damages in excess of $75,000 for her alleged injuries. A copy of this response is attached as Exhibit A.

9. When removability is not readily apparent from the initial pleading a notice of removal must be filed within thirty (30) days after receipt of a "copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case … has become removable." 28 U.S.C. § 1446(b)(3). This Notice of Removal is being filed on January 29, 2019, within thirty (30) days of Walmart's receipt of Plaintiff's January 18, 2019 supplemental written discovery response that first indicated the amount indicated exceeds $75,000, exclusive of interest and costs.

10. A copy of all process, pleadings and orders served as of the date of the filing of this Notice of Removal are attached hereto as Exhibit B.

11. Written notice of the filing of this Notice of Removal, the exhibits thereto, the Notice and Certificate were mailed to Plaintiff's counsel today.

12. True and correct copies of the pleadings enumerated will be filed with the Clerk of the Pike Circuit Court.

WHEREFORE, Defendant Walmart Stores East, LP respectfully requests the removal of this action from the Pike Circuit Court to this Court for all other appropriate procedures.

Respectfully submitted,

*/s/ Emily C. Lamb*_____
Jennifer Kincaid Adams
Emily C. Lamb (Atty. No. 30371-10)
BLACKBURN DOMENE & BURCHETT, PLLC
614 West Main Street, Suite 3000
Louisville, KY 40202
Tel: 502-584-1600
Fax: 502-584-9971
jadams@bdblawky.com
elamb@bdblawky.com

*Counsel for Defendant*

CERTIFICATE OF SERVICE

  I hereby certify that the foregoing was filed electronically on this 29th day of January, 2019. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Hon. Glenn Martin Hammond
Glenn M. Hammond Law Office
685 Hambley Blvd, Suite 3
P.O. Box 1109
Pikeville, KY 41501

 *Counsel for Plaintiff*

*/s/ Emily C. Lamb*_____
*Counsel for Defendant*