UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

| | |
|---|---|
| JENNY PARSONS ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 7:19-CV-00014-REW |
| ) | |
| WALMART STORES EAST, LP ) | |
| ) | |
| ) | |
| DEFENDANT ) | |

## AGREED ORDER OF DISMISSAL

Plaintiff, Jenny Parsons and the Defendant, by counsel, hereby advise the Court that the parties have reached an agreement concerning the claims of the Plaintiff against Defendant, and the Court having fully considered the same;

**IT IS HEREBY ORDERED AND ADJUDGED** that all of Plaintiff's claims against Defendant are dismissed with prejudice.

Entered this the 28th day of May, 2019.



Signed By:
*Robert E. Wier*
United States District Judge